# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 23-cr-1347-H |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT AND ORDER OF DISMISSAL** |
| SAMUEL SOLIS BRICENO, | |
| Defendant. | |

Pending before the Court is the United States' motion to dismiss the Information without prejudice (ECF No. 34). Having reviewed the motion, and good cause appearing, the Court **GRANTS** the motion and **DISMISSES WITHOUT PREJUDICE** the Information against Defendant, SAMUEL SOLIS BRICENO.

**IT IS SO ORDERED.**

Dated: November 15, 2023

_____
Hon. Marilyn L. Huff
United States District Judge